# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION



FILED
ASHEVILLE, NC

AUG 1 7 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

In the matter of the search of: )  DOCKET NO. 1:12mj29

                                )

170 and 450 Naples Road,        )  ORDER TO UNSEAL

Hendersonville, NC              )

 

THIS MATTER is before the Court on motion of the Government to unseal the file in the

captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the above

referenced Search Warrant, Application and Affidavit is hereby UNSEALED.

This the ___n⌐th___ day of August, 2012.


                                DENNIS L. HOWELL
                                UNITED STATES MAGISTRATE JUDGE